IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Blair Lamont | Case Number: 04 B 38869 |
|---|---|---|
| | Anderson-Smith, Yvonne Natasha | Judge: Wedoff, Eugene R |
| | Printed: 5/13/08 | Filed: 10/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 24, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,660.00 | |
| Secured: | | 8,360.69 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 599.30 |
| Other Funds: | | 0.01 |
| Totals: | 11,660.00 | 11,660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Evergreen Finance | Secured | 0.00 | 0.00 |
| 3. | U S Auto Title Lenders | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 825.33 | 456.86 |
| 5. | Consumer Portfolio Services | Secured | 14,390.55 | 7,903.83 |
| 6. | U S Auto Title Lenders | Unsecured | 41.70 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 70.50 | 0.00 |
| 8. | CB USA | Unsecured | 5.21 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 176.00 | 0.00 |
| 10. | Bud's Ambulance | Unsecured | 60.65 | 0.00 |
| 11. | Consumer Portfolio Services | Unsecured | 59.02 | 0.00 |
| 12. | S & C Employees Credit Union | Unsecured | 190.99 | 0.00 |
| 13. | Village Of Lynwood | Unsecured | 7.96 | 0.00 |
| 14. | Suk S Lee MD | Unsecured | 51.01 | 0.00 |
| 15. | St Margaret Mercy Hospital | Unsecured | 474.26 | 0.00 |
| 16. | Plains Commerce Bank | Unsecured | 52.10 | 0.00 |
| 17. | St Margaret Mercy Hospital | Unsecured | 65.38 | 0.00 |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 21. | Illinois Dept Of Human Service | Unsecured | | No Claim Filed |
| 22. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 23. | Advocate Health Care | Unsecured | | No Claim Filed |
| 24. | Cardiovascular Medical Assoc | Unsecured | | No Claim Filed |
| 25. | Consultants In Clinical Pathol | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Blair Lamont | Case Number: 04 B 38869 |
|---|---|---|
| | Anderson-Smith, Yvonne Natasha | Judge: Wedoff, Eugene R |
| | Printed: 5/13/08 | Filed: 10/19/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Doubleday Book Club | Unsecured | | No Claim Filed |
| 27. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 28. | Evergreen Anesthesia | Unsecured | | No Claim Filed |
| 29. | Gerald Cahill | Unsecured | | No Claim Filed |
| 30. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 31. | Pulmonary Specialists | Unsecured | | No Claim Filed |
| 32. | Prabodh Shah M D | Unsecured | | No Claim Filed |
| 33. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 34. | Lake Imaging LLC | Unsecured | | No Claim Filed |
| 35. | MCI | Unsecured | | No Claim Filed |
| 36. | Jewel Osco | Unsecured | | No Claim Filed |
| 37. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 38. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 39. | St Clare Hospital | Unsecured | | No Claim Filed |
| 40. | Robert J Adams & Associates | Unsecured | | No Claim Filed |

                                                      _____            _____
                                                      $ 19,170.66          $ 11,060.69

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 103.34 |
| 4% | 21.21 |
| 3% | 31.80 |
| 5.5% | 262.35 |
| 5% | 63.00 |
| 4.8% | 117.60 |
| | _____ |
| | $ 599.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

                                              _____